UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24089-CIV-ALTONAGA/Reid

**ELIZABETH SANTIAGO-DURAN**,

    Plaintiff,
v.

**VANGUARD PARKING SOLUTIONS INC.**; *et al.*,

    Defendants.
_____/

### ORDER

**THIS CAUSE** came before the Court *sua sponte*. On November 13, 2024, Defendant, Vanguard Parking Solutions Inc., filed a Motion to Dismiss [ECF No. 12]. Defendant, Penn Credit Corporation has been served (*see* Return of Service [ECF No. 8]), but its counsel has not yet filed a notice of appearance.

To better manage the orderly progress of the case, it is

**ORDERED AND ADJUDGED** that Defendant, Vanguard Parking Solutions Inc.'s Motion to Dismiss **[ECF No. 12]** is **DENIED without prejudice**. On or before **November 19, 2024**, Defendants shall submit a single, combined response or separate answers to the Complaint.

**DONE AND ORDERED** in Miami, Florida, this 14th day of November, 2024.

 

*Cecilia M. Altonaga*
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record