UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.  1:24-cv-24089-CMA

**ELIZABETH SANTIAGO-DURAN,**
 and all others similarly situated                             **CLASS ACTION**

      Plaintiff,

v.

**VANGUARD PARKING SOLUTIONS INC** and **PENN CREDIT CORPORATION**,

      Defendants.
_____/

**NOTICE OF HEARING BEFORE MAGISTRATE JUDGE**

Plaintiff, Elizabeth Santiago-Duran ("Plaintiff" or "Santiago-Duran"), pursuant to the Standing Discovery Order for Magistrate Judge Lisette M. Reid, hereby provides notice of a discovery hearing that has been scheduled to be held on January 15, 2025, at 1:30 PM via Zoom (Meeting ID: 160 217 5188; Passcode: 877806) before Magistrate Judge Lisette M. Reid on the following matters:

1.  Plaintiff's motion to compel Defendant, Vanguard Parking Solutions Inc. to disclose, as part of its Rule 26A disclosures, (i) the identity of the owner of the parking garage at issue or (ii) if it has no contractual relationship with the owner, the person or entity for whom it was acting in purporting to issue the parking invoices at issue.

**CERTIFICATE OF PRE-FILING CONFERRAL (LOCAL RULE 7.1(A)(2))**

Counsel for the movant has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

Respectfully Submitted,

| | |
|---|---|
| LINES LAW, PLLC | PATTI ZABALETA LAW GROUP |
| 201 Alhambra Circle, Suite 1060 | 3323 Northwest 55th Street |
| Coral Gables, Florida 33134 | Fort Lauderdale, Florida 33309 |
| Telephone: 786-634-4306 | Telephone: 561-542-8550 |
| | |
| /s/ Matthew L. Lines | /s/ Thomas Patti |
| Matthew L. Lines | Thomas Patti |
| Florida Bar No. 243980 | Florida Bar No. 118377 |
| E-mail: lines@lineslaw.com | E-mail: tom@pzlg.legal |
| | Victor Zabaleta |
| *Co-Counsel for Plaintiff* | Florida Bar No. 118517 |
| | E-mail: victor@pzlg.legal |
| | |
| | *Co-Counsel for Plaintiff* |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 8, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

 /s/ Thomas Patti
Thomas Patti
Florida Bar No. 118377