UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24089-CIV-ALTONAGA

**ELIZABETH SANTIAGO-DURAN**,

    Plaintiff,
v.

**VANGUARD PARKING SOLUTIONS INC.**,

    Defendant.
_____/

## ORDER

THIS CAUSE came before the Court on Plaintiff's Motion for Extension of Deadline to Amend Complaint to Add Property Owner as a Defendant [ECF No. 39]. Defendant, Vanguard Parking Solutions Inc., filed a Response in Opposition . . . [ECF No. 42] to Plaintiff being permitted to add the property owner of the parking garage at issue in this suit as a co-defendant. Plaintiff asks that she be permitted to continue researching to try to find the identity of the garage owner and be allowed add the garage owner as a defendant up to an including January 31, 2025. (*See* Mot. 6). As the Motion was timely filed in accord with the November 27, 2024 Order ("Scheduling Order") [ECF No. 24] deadline to file motions to add parties, and "leave to amend is to be freely given, absent substantial reason to deny the motion," *Geary v. City of Snellville*, 205 F. App'x 761, 763 (11th Cir. 2006), it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED in part**. To allow Plaintiff to add a new defendant well after the January 6, 2025 deadline to file motions to add parties will adversely affect the Scheduling Order's other deadlines. Consequently, Plaintiff only

CASE NO. 24-24089-CR-ALTONAGA

has until **January 17, 2025** to add the garage owner and until **January 22, 2025** to serve the garage owner with process and file proof of service. These deadlines will not be extended.

**DONE AND ORDERED** in Miami, Florida, this 9th day of January, 2025.

_____
**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record