Paid on Aug 18, 2024 03:18 PM   Terms of Service Checked   30 Days Late

**Mark as Unpaid**

**FL-108** 2889 McFarlane Road Miami, Florida 33133

**Payment Methods**
SpotHero, Parky

**Notice History**
1st Notice Date: 2024-07-05

15 Day Notice Date: 07/22/2024

30 Day Notice Date: 08/07/2024

**Add Notes** 

Plate
**27EHXY (FL)**



| Open Tickets | Cancelled Tickets |
|---|---|
| 2 | 1 |

 Failsafe

Make & Model
**TOYOTA PRIUS null**

Owner Name
**Miss. / Ms. ELIZABETH SANTIAGO-DURAN**



Address
**1229 SOROLLA AVE CORAL GABLES FL 33134**

Phone Number
**No Phone Numbers found**

Time Spent on Lot
**2 hrs, 10 minutes**

Entry
**Jul 01, 2024 06:02 PM**



Exit
**Jul 01, 2024 08:12 PM**