UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-24089-CMA/Reid

ELIZABETH SANTIAGO-DURAN,
*and all others similarly situated*,

    Plaintiff,

v.

VANGUARD PARKING SOLUTIONS INC
and PENN CREDIT CORPORATION,

    Defendants.
_____/

## **DISCOVERY ORDER**

**THIS MATTER** came before the Court upon two discovery matters as set forth in the Notice of Issues to be Discussed at Discovery Hearing [ECF No. 45], filed by Plaintiff Elizabeth Santiago-Duran ("Plaintiff"), pursuant to the Standing Discovery Order. The Court, having reviewed the relevant portions of the record, having heard argument of counsel for the parties and being otherwise duly and fully advised of the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

    1.    Plaintiff's motion to compel Defendant Vanguard Parking Solutions Inc. ("Defendant"), to disclose, as part of its required disclosures pursuant to Fed. R. Civ. P. 26(a), the identity of the person or entity for whom it was acting in purporting to issue the parking invoices at issue, is **GRANTED**, as follows:

        a.    By no later than 5 p.m. on January 16, 2025, Defendant shall (i) identify the person or entity for whom it was acting in issuing the parking invoices at issue regardless

of whether such person or entity is or is not the owner of the parking garage – and (ii) produce a copy of the contract between Defendant and such person or entity.

2. Plaintiff's motion to compel Defendant to respond to Plaintiff's first set of interrogatories, requests for production of documents and admissions served December 6, 2024 (the "Discovery") is **GRANTED**, in part, and **DENIED**, in part, as follows, and Defendant's Motion for Extension of Time to respond to the Discovery is **GRANTED IN PART** and **DENIED IN PART** as follows:

    a. Any and all objections that Defendant may have had with respect to the Discovery have been waived; and

    b. On or before January 27, 2025, Defendant shall respond to the Discovery.

**SIGNED** this 16th day of January, 2025.

_____
LISETTE M. REID
UNITED STATES MAGISTRATE JUDGE

cc:    **Chief U.S. District Judge Cecilia M. Altonaga**; and
    **All Counsel of Record**