UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24089-CIV-ALTONAGA/Reid

**ELIZABETH SANTIAGO-DURAN**,

    Plaintiff,

vs.

**VANGUARD PARKING SOLUTIONS INC.**; *et al.*,

    Defendants.

_____/

**ORDER**

THIS CAUSE came before the Court upon the Renewed Unopposed Motion for Extension of Time to Respond to Second Amended Complaint [ECF No. 87]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion [ECF No. 87] is **GRANTED in part**. Paradise Parking Systems LLC shall file its response to the Second Amended Complaint on or before February 25, 2025.

**DONE AND ORDERED** in Miami, Florida, this 13th day of February, 2025.

*[signature: Cecilia M. Altonaga]*

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record