UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-24089-CIV-ALTONAGA/Reid

**ELIZABETH SANTIAGO-DURAN**,

    Plaintiff,
v.

**VANGUARD PARKING
SOLUTIONS INC.**; *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On December 27, 2024, Plaintiff, Elizabeth Santiago-Duran and Defendant, Penn Credit Corporation filed a Joint Notice of Settlement [ECF No. 36]. The same day, the Court entered an Order [ECF No. 38] requiring the parties to file a stipulation of dismissal by January 27, 2025. To date, no stipulation of dismissal has been filed, nor have the parties requested additional time to comply. Accordingly, it is

**ORDERED** that Defendant, Penn Credit Corporation is **DISMISSED** without prejudice.

**DONE AND ORDERED** in Miami, Florida, this 13th day of February, 2025.

_____
**CECILIA M. ALTONAGA
CHIEF UNITED STATES DISTRICT JUDGE**

cc:    counsel of record