UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-24089-CMA

**ELIZABETH SANTIAGO-DURAN,**

    Plaintiff,

v.

**VANGUARD PARKING SOLUTIONS INC,
PENN CREDIT CORPORATION,** and
**PARADISE PARKING SYSTEM LLC,**

    Defendants.

_____/

## JOINT NOTICE OF SETTLEMENT WITH VANGUARD PARKING SOLUTIONS INC

Plaintiff Elizabeth Santiago-Duran ("Plaintiff") and Defendant Vanguard Parking Solutions Inc ("Vanguard") submit this Joint Notice of Settlement and states that Plaintiff and Vanguard have reached a settlement with regard to the case against Vanguard and are presently drafting, finalizing, and executing the formal settlement documents. Upon full execution of the same, the Plaintiff and Vanguard will file the appropriate dismissal documents with the Court. This case remains active against the sole remaining Defendant, Paradise Parking Systems LLC.

    DATED: March 19, 2025

| | |
|---|---|
| /s/ Thomas J. Patti | /s/ Shlomo Hecht |
| **THOMAS PATTI, ESQ.** | **SHLOMO HECHT, ESQ.** |
| Florida Bar No. 118377 | Florida Bar No. 127144 |
| E-mail: tom@pzlg.legal | E-mail: sam@KnightLawFL.com |
| PATTI ZABALETA LAW GROUP | Knight Law, P.A. |
| 110 SE 6th Street Suite 1732 | 4624 Hollywood Blvd, Ste 203 |
| Fort Lauderdale, Florida 33301 | Hollywood, FL 33021 |
| Phone: 561-542-8550 | Phone: 786.480.0045 |
| | |
| COUNSEL FOR PLAINTIFF | COUNSEL FOR DEFENDANT |
| | VANGUARD PARKING SOLUTIONS INC |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 19, 2025, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

       /s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377